IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRUSTEES ON BEHALF OF THE TILE
SETTERS AND FINISHERS OF
NORTHERN CALIFORNIA HEALTH                    No. CIV S-10-1155 EFB
AND WELFARE TRUST, et al.,

        Plaintiffs,

  v.

                               ORDER
CAPITOL CITY TILE AND MARBLE,
INC.,

        Defendant.

_____/

     On August 5, 2010, this action was reassigned to the undersigned based on the consent of

the parties, and all hearing dates then set before the district judge were vacated. *See* E.D. Cal.

L.R. 305; 28 U.S.C. § 636(c). Because this case has not yet been scheduled pursuant to Federal

Rule of Civil Procedure 16(b), a status (pretrial scheduling) conference will be set before the

undersigned.

     Accordingly, IT IS HEREBY ORDERED that:

     1.  A Status (Pretrial Scheduling) Conference is set for September 22, 2010, at 10:00 a.m.

in Courtroom No. 24 before the undersigned.

////

1

2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports[1] briefly describing the case and addressing the following:

       a.  Progress in service of process;

       b.  Possible joinder of additional parties;

       c.  Expected or desired amendment of pleadings;

       d.  Jurisdiction and venue;

       e.  Anticipated motions and their scheduling;

       f.  The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

       g.  Cut-off dates for discovery and law and motion, and dates for pretrial conference and trial;

       h.  Special procedures, if any;

       i.  Estimated trial time;

       j.  Modifications of standard pretrial procedures due to the simplicity or complexity of the proceedings;

       k.  Whether the case is related to any other cases, including bankruptcy;

       l.  Whether a settlement conference should be scheduled;

       m.  Whether counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving disqualification by virtue of his so acting, or whether they prefer to have a settlement conference conducted before another judge;

       n.  Any other matters that may add to the just and expeditious disposition of this matter.

DATED:  August 5, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are encouraged, when possible, to file a joint status report.

2