1  CATHERINE E. AROSTEGUI, SBN 118756
   BEESON, TAYER & BODINE, APC
2  520 Capitol Mall, Suite 300
   Sacramento,  CA  95814-4714
3  Telephone: (916) 325-2100
   Facsimile:  (916) 325-2120
4  Email: carostegui@beesontayer.com

5
   Attorneys for Plaintiffs
6

7

8                    **UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                        **AT SACRAMENTO**

11  TRUSTEES ON BEHALF OF THE TILE              Case No. 210-CV-01155 - EFB
    SETTERS AND FINISHERS OF NORTHERN
12  CALIFORNIA HEALTH AND WELFARE              **STIPULATION FOR ENTRY OF**
    TRUST; TRUSTEES ON BEHALF OF THE           **JUDGMENT**
13  TILE SETTERS AND FINISHERS OF
    NORTHERN CALIFORNIA PENSION
14  TRUST; TRUSTEES ON BEHALF OF THE
    TILE SETTERS AND FINISHERS OF                Judge:  Edmund F. Brennan
15  NORTHERN CALIFORNIA JOINT
    SUPPLEMENTAL PENSION PLAN;
16  TRUSTEES ON BEHALF OF THE TILE
    SETTERS AND FINISHERS OF NORTHERN
17  CALIFORNIA JOINT APPRENTICE
    TRAINING FUND; AND TRUSTEES ON
18  BEHALF OF THE TILE SETTERS AND
    FINISHERS OF NORTHERN CALIFORNIA
19  JOINT CONTRACT ADMINISTRATION AND
    PROTECTION TRUST FUND,
20
                              Plaintiffs,
21
          v.
22
    CAPITOL CITY TILE AND MARBLE, INC.,
23
                              Defendant.
24

25      Plaintiffs TRUSTEES ON BEHALF OF THE TILE SETTERS AND FINISHERS OF

26  NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST; TRUSTEES ON BEHALF OF

27  THE TILE SETTERS AND FINISHERS OF NORTHERN CALIFORNIA PENSION TRUST;

28  TRUSTEES ON BEHALF OF THE TILE SETTERS AND FINISHERS OF NORTHERN

                                                                              1

1  CALIFORNIA JOINT SUPPLEMENTAL PENSION PLAN; TRUSTEES ON BEHALF OF THE

2  TILE SETTERS AND FINISHERS OF NORTHERN CALIFORNIA JOINT APPRENTICE

3  TRAINING FUND; AND TRUSTEES ON BEHALF OF THE TILE SETTERS AND FINISHERS

4  OF NORTHERN CALIFORNIA JOINT CONTRACT ADMINISTRATION AND PROTECTION

5  TRUST FUND ("Plaintiffs") and Defendant CAPITOL CITY TILE and MARBLE, INC.

6  ("Defendant"), by and through their attorneys, stipulate and agree that Plaintiffs may recover

7  judgment from Defendant in the amount of $125,000.00, plus cash payments, as set forth in the

8  Settlement Agreement signed by the parties in June 2011. Post-judgment interest shall accrue

9  according to law.

10

11

12  Dated:  June 20, 2011                                    BEESON, TAYER & BODINE, APC

13

14                                              By:  _____/ S / _____
                                                    CATHERINE E. AROSTEGUI

15                                                  Attorneys for Plaintiffs

16

17  Dated:  June 17, 2011                                    VEDA COUNSEL

18

19                                              By:  _____/ S / _____
                                                    GAURAV KALRA

20                                                  Attorney for Defendant

21

22

23  **IT IS SO ORDERED.**

24  DATED:  August 2, 2011

                                                    EDMUND F. BRENNAN
25                                                  UNITED STATES MAGISTRATE JUDGE

26

27

28

                                                                                            2

---

Stipulation for Entry of Judgment                                        10cv1155.jgmt.0802.doc
Case No. CIV S-10-1155 EFB